## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Nelve Andrea Moreno Nino

                Plaintiff,

v.                                         Case No.: 1:25−cv−15016
                                                          Honorable Sunil R. Harjani

DHS Department of Homeland Security

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 19, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: A status hearing was conducted by telephone. Counsel confirmed that the petitioner was met at the airport and the electronic monitor was removed. The petitioner has voluntarily departed from the United States, and emergency injunctive relief is no longer needed from the Court. For the reasons discussed on the record, and with the parties' agreement, the petition [1] is now moot and is dismiss. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.